UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY JONES | * | CIVIL ACTION: 18-885 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| MAJOR PETER LOLLIS; | * | MAGISTRATE JUDGE |
| CAPTAIN MARCUS JONES; and | * | ERIN WILDER-DOOMES |
| WARDEN KEVIN BENJAMIN | * | |

*************************************************

**MOTION TO COMPEL DISCOVERY**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, who, pursuant to, FRCP 26 and 37 , respectfully represents as follows:

1.

This Court should enter an order compelling the Defendants to fully respond to the written discovery propounded in this matter.

2.

On December 6, 2018, the Plaintiffs propounded *Plaintiff's First Interrogatories and Requests for Production of Documents* to Defendants.[1]

3.

On February 26, 2019, Defendants responded with *Defendants Answers to Plaintiffs's First Set of Discovery* which were incomplete.[2]

4.

On March 28, 2019, a Rule 37.1 conference was held, which did not resolve the discovery disputes.[3]

5.

The specific deficiencies with the discovery responses are outlined in the accompanying memorandum in support of this motion.

---

[1] See Exhibit 1

[2] See Exhibit 2

[3] See Exhibit 3

WHEREFORE Plaintiff prays that this Court issue an order compelling the Defendants to respond to the discovery as more fully set forth in the attached memorandum

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner
Donna U. Grodner (20840)