UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY JONES | * | CIVIL ACTION: 18-885 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| MAJOR PETER LOLLIS; | * | MAGISTRATE JUDGE |
| CAPTAIN MARCUS JONES; and | * | ERIN WILDER-DOOMES |
| WARDEN KEVIN BENJAMIN | * | |

**********************************************

**ORDER ADJUDICATING**
**MOTION TO COMPEL**

CONSIDERING the *Motion to Compel*, the motion is hereby _____________.

SPECIFICALLY it is ORDERED that the Defendants be required to provide full answers to discovery within _____ days of the signing of this Order.

Baton Rouge, Louisiana, this ___ day of _____________, 2019.

_______________________________________
MAGISTRATE JUDGE ERIN WILDER-DOOMES