UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY JONES | * | CIVIL ACTION: 18-885 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| MAJOR PETER LOLLIS; | * | MAGISTRATE JUDGE |
| CAPTAIN MARCUS JONES; and | * | ERIN WILDER-DOOMES |
| WARDEN KEVIN BENJAMIN | * | |

*********************************************

**RULE 37.1 CERTIFICATE ON MOTION TO COMPEL**

I do hereby certify as follows:

1.

On December 6, 2018, discovery was propounded to all Defendants.

2.

On February 26, 2019, Defendants provided responses entitled *Answers to Plaintiff First Set*.

3.

On March 22, 2019, Plaintiff sent a letter requesting a Rule 37.1 conference on deficiencies in the discovery responses.

4.

On March 28, 2019, a Rule 37.1 Conference was held.

5.

The conference lasted about 10 minutes as Defendants maintained their objection to each outlined deficiency.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
Dgrodner@grodnerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, a copy of the foregoing was filed

electronically with the Clerk of Court using the CM/ECF system.

s/ Donna U. Grodner
Donna U. Grodner (20840)