UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY JONES | * | CIVIL ACTION: 18-885 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| MAJOR PETER LOLLIS; | * | MAGISTRATE JUDGE |
| CAPTAIN MARCUS JONES; and | * | ERIN WILDER-DOOMES |
| WARDEN KEVIN BENJAMIN | * | |

*********************************************

**PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

TO: All Defendants

THROUGH: Counsel of Record
Theresa Phillips
1185 N 3rd St Fl 3
Baton Rouge LA, 70804
Phone: (225) 326-6305
Fax: (225) 325-6495

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff, who propounds the following interrogatories to each Defendant named above.

This request for discovery is pursuant to FRCP 33 and 34 and is propounded by Plaintiff to the Defendant(s) named above and is to be answered separately, fully, in writing and under oath by that Defendant. Each Defendant listed above must provide a separate answer with the identity and the signature of each person answering each interrogatory.

This discovery is to be deemed continuing and is to be supplemented, without the necessity of propounding additional discovery, at any time additional information may be obtained. The answer(s) to this discovery is to be signed by the person making them.

DEFINITIONS

As used in these interrogatories and requests for production of documents, the terms listed below are defined as follows:

1. The words **"you"** and **"your"** refer to the above named defendant, to whom this discovery is propounded, any officer agent or employee thereof, and any predecessor corporation or entity.

2. **"Document"** means, without limitation as to date, any of the following items, whether printed or recorded or reproduced by any physical or mechanical process: data stored on computers, tapes, disks, punch cards, or printouts; papers of any type; books, newspapers, professional journals, magazines and periodicals, and articles appearing therein; lists, correspondence, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, agendas, minutes, diaries, calendars, objects, tangible things, correspondence, telegrams, cables, telex messages, facsimiles, charts, graphs, maps, reports, notebooks, summaries or reports of consultants, photographs, videotapes, audio tapes, films, demonstrative aids, photographic negatives, photographic slides, patents, patent applications, movies, microfilm, microfiche, brochures, pamphlets, advertisements, circulars, fliers, press releases, drafts, letters, medical records and charts, prescriptions, labels, packaging inserts, medical device labeling, invoices and receipts. Any document differing in any manner from another document (for example, a draft, a copy with nonconforming marginal notations, or a copy with different attachments or entries) is treated as a separate document; each such separate document must be noted in these answers. Document includes records now, or that have been at anytime in the past, in the possession of defendant, of which you have knowledge, or which are now or were formerly in your actual or constructive possession, custody or control.

3. **"Possession," "custody"** or **"control"** includes the joint or several possession, custody or control not only by the plaintiff to whom these interrogatories are addressed, but only the joint or several possession, custody or control by each plaintiff or any other person acting or purporting to act on behalf of the plaintiff, whether as employee, attorney, accountant, agent, sponsor, spokesman, or otherwise.

4. The term **"statement"** shall mean an oral or written assertion or nonverbal conduct of a person, if it is/was intended by him as an assertion.

5. The terms **"regarding"** and **"relating to"** shall be interpreted broadly, including both explicit and implicit reference, and meaning without limitation referring to, concerning, constituting, defining, discussing, containing, construing, disclosing, evidencing, revealing, embodying, reflecting, stating, dealing with, mentioning, alluding to or prepared as a result of.

6. **"Person," "persons,"** or **"people"** means any natural person, firm, corporation, partnership, partnership in commendam, proprietorship, joint venture, limited liability company, organization, group of natural persons, or other associations separately identifiable, regardless of whether such association has a separate juristic existence in its own right.

7. **"Identify," "identity"** and **"identification"** when referring to a person shall mean by name, physical and mailing address, phone number and relationship with defendant, job title, and professional status.

8. **"Identify," "identity"** and **"identification"** when used to refer to a document, means to state the subject of the document; the title of the document; the type of document (e.g., letter, memorandum, telegram, chart); the date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such.

9. Use of the singular form shall be deemed to include the plural and vice versa. Use of either the masculine or feminine pronoun, except when referring to a named person, shall be deemed to include both genders. **"And"** as well as **"or"** shall be construed as either disjunctive or conjunctive so as to permit the broadest scope possible.

## INSTRUCTIONS

(1) If the defendant is unable to provide a complete answer or response, state why a response or answer cannot be provided, what information or documents would be required to provide a complete answer or response, and identify which person, if any, has the required information or documents, or the circumstances surrounding the destruction of such documents or information.

(2) If the attorney-client privilege, "work product" limited immunity, or other privileges claimed as to any communication or document, state the date of such document or communication; identify the person(s) who authorized, prepared or participated in preparing such document or communication and identify the person(s) to whom it was directed, sent or circulated, identify the person(s) now in possession of such document or who knows the content of such communication, and state the general subject matter of the document or communication, and the basis for the claim of privilege as to each said document or communication.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please identify all insurance coverage limits of coverage of any policy of insurance affording coverage for the above captioned matter.

**INTERROGATORY NO. 2:**

Please state whether you have in your possession or know of the existence of any photographs, moving pictures, videotapes, measurements, or other descriptions of the incident scene where MR. TIMOTHY JONES was assaulted on February 4, 2018. As to each item, please state a description of each item, including the date it was prepared and the subject matter it portrays; and the name, address, telephone number and occupation of the person who prepared each item.

**INTERROGATORY NO. 3:**

Identify each and every LSP rule or regulation regarding the use of force.

**INTERROGATORY NO. 4:**

If you contend that any other person is or may be at fault whether in part or in whole for the injuries to MR. TIMOTHY JONES, please identify such persons and provide a list of all documents, statement, or other evidence that may support such claim.

**INTERROGATORY NO. 5:**

Please identify each person who was present during the assault of MR. TIMOTHY JONES on February 4, 2018, and describe the action(s) taken by each or the role each played.

**INTERROGATORY NO. 6:**

In your own words, please describe what your involvement may have been with the incidents on February 4, 2018 involving MR. TIMOTHY JONES.

**INTERROGATORY NO. 7:**

Please provide a compete list of each writing that you made whether by hand or electronically regarding the incidents on February 4, 2018, involving MR. TIMOTHY JONES and provide the approximate date, time and reason for the writing.

**INTERROGATORY NO. 8:**

Please identify and include a DOC # for each inmate who has filed an ARP against any of the Defendants herein for the time period 6 months before and after February 4, 2018, and the nature of that complaint/grievance.

**INTERROGATORY NO. 9:**

If you have at any time been discipline by your job, please explain and identify the event, the date and the actions taken.

**INTERROGATORY NO. 10:**

Please describe what role, if any, you played in any investigation that may have taken place regarding the February 4, 2018, incidents involving MR. TIMOTHY JONES.

**INTERROGATORY NO. 11:**

Please list any and all evidence which you may introduce at trial; fully describe each

such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

**INTERROGATORY NO. 12:**

Please identify and describe in detail any person who may have or claims to have knowledge of the incident(s) or any of the events leading up to the incident(s) or related events occurring thereafter. As to each such person, please state the full name, address (business and home), telephone number (business and home) and occupation including place of employment (address and telephone number) and rank or title if applicable.

**INTERROGATORY NO. 13:**

Identify each person you may call as a fact witness at trial, whether or not identified in answer to another, and briefly state the substance of their testimony.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

Please provide any and all recorded or written statements taken in this matter.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce certified or verified copies or originals of each policy of insurance which does or may offer any coverage for the incident(s) which is the subject matter of this lawsuit. With regard to each such contract, policy and/or agreement, please provide (a) the effective and expiration dates of coverage; (b) whether excess or primary; and (c) the limits of liability coverage.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce copies of all correspondence in which your insurer denied, declined and/or reserved rights regarding your coverage of the liability asserted against you in this matter, including correspondence with you or the named insured, its agent and/or broker.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce any exhibits which you may offer at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce each document identified in your answers to interrogatories above.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce for each expert the following:

a. list of each opinion;

b. list of each fact relied upon for each opinion;

c. all studies and/or tests relied upon for each opinion;

d. rate of compensation paid and/or owing for services; and

e. list of all cases within the past 5 years in which the expert has provided trial or deposition testimony.

**REQUEST FOR PRODUCTION NO. 7:**

Produce legible copies of all photographs, diagrams and/or videotapes taken or drawn by you or on your behalf purporting to show the place or circumstances of the incident or MR. TIMOTHY JONES.

**REQUEST FOR PRODUCTION NO. 8:**

Produce copies of all documents referred to or relied upon in formulating your responses to the interrogatories propounded to you.

**REQUEST FOR PRODUCTION NO. 9:**

All accident reports, unusual occurrence reports, investigative reports, incident reports, ambulance run reports, newspaper articles or television news report which relate to the incident in your possession.

**REQUEST FOR PRODUCTION NO. 10:**

Produce the personnel file for each Defendant, including all use of force reports and disciplinary matters.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce any medical or health care, employment, or income related record you have in your possession for MR. TIMOTHY JONES from the date of the incident to present.

**REQUEST FOR PRODUCTION NO. 12:**

All ARPs filed against any of the Defendants herein for the time period of three months before and after February 4, 2018.

**REQUEST FOR PRODUCTION NO. 13:**

Produce the entire master prisoner file of MR. TIMOTHY JONES, including all ARPs.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce a copy of ALL depositions, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce a copy of ALL criminal records, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce a copy of All social security records, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce a copy of ALL unemployment benefit records, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce a copy of ALL military records, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce a copy of ALL recorded statements including photographs, audio or video, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce a copy of ALL trial transcripts, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce a copy of ALL lawsuit records, of Plaintiff, obtained by Defendant, from any source.

**REQUEST FOR PRODUCTION NUMBER 22.:**

Please produce the log book entries for Walnut Unit, Dorm 1, B-Block and D Block two days before and two days after February 4, 2018.

Respectfully submitted:

s/Donna U. Grodner
Donna U. Grodner (20840)
GRODNER ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, LA 70808
(225) 769-1919 FAX 769-1997

**CERTIFICATE**

I do hereby certify that I have served the below listed counsel via fax or e-mail on December 6, 2018.

s/Donna U. Grodner
Counsel

Theresa Phillips phillipsth@ag.louisiana.gov(225) 326-6305 Fax: (225) 325-6495