Donna U. Grodner

Serious Personal Injury Attorney
DONNA GRODNER

dgrodner@grodnerlaw.com

March 22, 2019
via mail

Counsel of Record
Theresa Phillips
Phone: (225) 326-6305
Fax: (225) 325-6495

**RE: Timothy Jones vs Peter Lollis, et al.**
**Civil Action No. 18:885**

**Rule 37.1 Conference on March 28, 2019 at 9:30am**

Dear Counsel:

We are in receipt of Defendant Jones responses to Plaintiff's First Interrogatories and Request for Production of Documents. The deficiencies are as follows:

**INTERROGATORY NO. 8:**

Please identify and include a DOC # for each inmate who has filed an ARP against any of the Defendants herein for the time period 6 months before and after February 4, 2018, and the nature of that complaint/grievance.

**RESPONSE:**

Objected to an unreasonably broad, general, and vague, and not reasonably calculated to lead to the discovery of admissible evidence and the attempt to answer be unreasonably burdensome.

**Deficiency:**

Please provide a response.

**INTERROGATORY NO. 9:**

If you have at any time been discipline by your job, please explain and identify the event, the date and the actions taken.

**RESPONSE:**

Objected to an unreasonably broad, general, and vague, and not reasonably calculated to lead to the discovery of admissible evidence and the attempt to answer be unreasonably burdensome.

**Deficiency:**

Plaintiff is entitled to this information.

**INTERROGATORY NO. 11:**

Please list any and all evidence which you may introduce at trial; fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

**RESPONSE:**

Objected as premature, discovery is just commencing, and the subject matter of this request is covered by the Court's scheduling order. Subject thereto, and without waiving same, reference is made to those discovery responses.

**Deficiency:**

Please provide a list.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10:**

Produce the personnel file for each Defendant, including all use of force reports and disciplinary matters

**RESPONSE:**

Defendants object to this Request on the grounds that is vague, ambiguous, overly broad, unduly burdensome, improper, and seeks information that is neither relevant nor likely to lead to the discovery of relevant information. Defendants further object to this Request to the extent that it seeks information and/or documents that are inadmissible extrinsic acts according to Fed R. Evid. 404(b), highly prejudicial hearsay.

**Deficiency:**

Please produce, not irrelevant

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12:**

All ARP's filed against any of the Defendants herein for the time period of three months before and after February 4, 2018.

**RESPONSE:**

See Response No. 10

**Deficiency:**

Please produce these documents.

I would like to conduct a Rule 37.1 Conference with you in regards to Mr. Arnold's case. We will contact your office on **March 28, 2019 at 9:30am.** If you are not available, please contact us with a date you are available

Sincerely,

Donna U. Grodner

**Grodner Law Firm**
2223 Quail Run Drive, Suite B Baton Rouge, LA 70808 **T:** 225.769.1919 **F:** 225.769.1997
**Toll Free:** 866.769.1845 **W:** www.grodnerlaw.com