**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TIMOTHY JONES** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 18-885** |
| **VERSUS** | | |
| | **:** | **JUDGE SHELLY D. DICK** |
| **MAJOR PETER LOLLIS, ET AL** | **:** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**************************************************************************

**DEFENDANT'S DAUBERT MOTION TO EXCLUDE TESTIMONY OF LLOYD GRAFTON OR IN THE ALTERNATIVE LIMIT THE TESTIMONY**

**NOW INTO COURT,** through undersigned counsel, comes Defendants, Major Peter Lollis, Captain Marcus Jones, and Warden Kevin Benjamin, who urges this Court to grant their Daubert Motion for the following reasons:

I.

Plaintiff listed W. Lloyd Grafton as an expert witness.

II.

W. Lloyd Grafton produced a report on August 5, 2019.

III.

Defendant's requests that any testimony of W. Lloyd Grafton be excluded in its entirety or limited strictly to the requirements set forth in Federal Rule of Evidence 702, as it is not based on sufficient data, confusing and will not aid the court.

**WHEREFORE,** Defendants prays that the Court grant this motion and prohibit W. Lloyd Grafton from testifying as an expert or. In the alternative, limit his testimony to only the opinions he presented in compliance with Federal Rule of Evidence 702 for the reasons set forth in detail in the supporting memorandum.

[Signature on following page]

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Suzanne Quinlan Mooney*___
Suzanne Quinlan Mooney (23904)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 N. 3rd Street
P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
MooneyS@ag.louisiana.gov