**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TIMOTHY JONES** | : | **CIVIL ACTION** |
| | : | **NO. 18-885** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **MAJOR PETER LOLLIS, ET AL** | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

***************************************************************************

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

**AFFIDAVIT**

**BEFORE ME,** the undersigned notary public duly qualified in and for the State of Louisiana personally came and appeared:

**EMERALD M. SKIPPER**

who after being sworn did depose and state:

I am employed as a Paralegal for the Department of Justice, Office of Attorney General Jeff Landry. I did deliver the documents listed on the attached Delivery Receipt to the Law Offices of Grodner & Associates on February 5, 2019. [1] My signature does appear at the bottom of the February 5, 2019 Delivery Receipt.

The above is true and correct to the best of my personal knowledge and belief.

Emerald M. Skipper

**EMERALD M. SKIPPER**

[1] Attached here as Exhibit A

EXHIBIT 3

**SWORN TO AND SUBSCRIBED** before me on this 19th day of December, 2019 at Baton Rouge, Louisiana.

**NOTARY PUBLIC**

KENDALE J. THOMPSON
Notary Public
State of Louisiana
Bar Roll # 37331
Notary ID # 149650
My Commission is for Life

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY JONES | : CIVIL ACTION<br>: NO. 18-885 |
| VERSUS | : JUDGE SHELLY D. DICK |
| MAJOR PETER LOLLIS, ET AL | : MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

*********************************************************************************

**DELIVERY RECEIPT**

This receipt acknowledges that the following documents have been delivered:

1. Defendants' Initial Disclosures
2. Certified Copies of Plaintiff's ARPs LSP 2017-1131, LSP 2017-1164, LSP 2017-1618, LSP 2018-0346, LSP 2018- 1566, and LSP 2018-2145 (Bate Stamp Nos. 000001-000105)
3. Certified and complete copy of Plaintiff's Medical and Mental Health Records (Bate Stamp Nos. 000001-000199)
4. Certified copy of Plaintiff's Master Prison Record (Bate Stamp Nos. 000001-000224)
5. Certified Copy of Mail Log in and out for Plaintiff (Bate Stamp Nos. 000001-000007)
6. Certified Copies of Unusual Occurrence Report Dated February 4, 2018 (Bate Stamp No. 000001-000008)
7. Certified Copy of Walnut Unit Employee Roster dated 2/4/18 (Bate Stamp Nos. 000001-000002)
8. Certified Copy of Walnut Unit Logbook dated 2/4/18 (Bate Stamp Nos. 000001-000005)

**Received by:**
Grodner & Associates

Brooke Thomas ____________ **DATE:** 02/05/19

**Delivered by:** [signature]

Blumberg No 5137

A