**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TIMOTHY JONES<br>*Plaintiff,* | § | CIVIL ACTION: NO. 18-85 |
| VS. | § | JUDGE SHELLEY D. DICK |
| | § | MAGISTRATE.ERIN WILDER-DOOMES |
| MAJOR PETER LOLLIS,<br>CAPTAIN MARCUS JONES; AND<br>WARDEN KEVIN BENJAMIN.<br>*Defendants.* | § | |

**DEFENDANT MAJOR PETER LOLLIS' ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**NOW INTO COURT**, through undersigned counsel comes defendant, CAPTAIN MARCUS JONES, who respectfully responds to Plaintiff's First Set of Interrogatories as follows:

**GENERAL OBJECTIONS**

In responding to any interrogatory, this defendant does not concede the relevancy, materiality or admissibility of the interrogatory. This defendant's responses to each item is made subject to, and without waiving or intending to waive, any objection to the competency, relevancy, materiality, privilege or admissibility as evidence for any other purpose, of any of the information referred to, or of any of the responses given herein, or of the subject matter thereof, in any proceedings.

**REQUEST INTERROGATORY NO. 1:**

Please identify all insurance coverage limits of coverage of any policy of insurance affording coverage for the above captioned matter.

EXHIBIT 7

**ANSWER TO INTERROGATORY NO. 1:**

See attached certified copy of the self-insurance policy issued by the Louisiana Office of Risk Management for the Commercial Liability Self-Insurance Fund, which was in effect for the periods included therein and which is subject to the terms, conditions, and limitations contained therein and applicable Louisiana law.

**REQUEST INTERROGATORY NO. 2:**

Please state whether you have in your possession or know of the existence of any photographs. moving pictures, videotapes, measurements, or other descriptions of the incident scene where MR. TIMOTHY JONES was assaulted on February 4, 2018. As to each item, please state description of each item, including the date it was prepared and the subject matter it portrays; and the name, address, telephone number and occupation of the person who prepared each item.

**ANSWER TO INTERROGATORY NO. 2:**

It is denied that complainant was "assaulted" and this interrogatory is objected to insofar as it contains language stating such as a fact. Subject thereto, at the present time there are no known photographs, moving pictures, videotapes, measurements, or other descriptions of the incident scene, and even if these existed, Defendant Jones is not in possession of the same.

**REQUEST INTERROGATORY NO. 3:**

Identify each and every LSP, rule or regulation regarding use of force.

**ANSWER TO INTERROGATORY NO. 3:**

Please see Department of Public Safety and Corrections Department Regulation No. C-02-006 governing Use of Force attached to Defendant Jones' Responses to Requests for Production of Documents.

**REQUEST INTERROGATORY NO. 4:**

If you contend that any other person is or may be at fault whether in part or in whole for the injuries to MR. TIMOTHY JONES, please identify such persons and provide a list of all documents, statement, or other evidence that may support such claim.

**ANSWER TO INTERROGATORY NO. 4:**

It is contended that the only person at fault for any injuries which may have been sustained by complainant in an accident involving him on February 4, 2018, is complainant himself.

**REQUEST INTERROGATORY NO. 5:**

Please identify each guard who was present during the beating of MR. TIMOTHY JONES on February 4, 2018, and describe the action(s) taken by each or the role each played.

**ANSWER TO INTERROGATORY NO. 5:**

It is denied that complainant was "beaten" and this interrogatory is objected to insofar as it contains language stating such as a fact. Subject thereto, see Walnut Unit Employee Roster dated February 4, 2018; see statement of Lt. Wyvonna Kettley in ARP LSP No. 2018-0346; and see Unusual Occurrence Reports of Cadet Niesha Snowden and MSgt Kirk Templeton attached to Defendant Jones' Responses to Requests for Production of Documents.

**REQUEST INTERROGATORY NO. 6:**

In your own words, please describe what your involvement may have been with the incidents on February 4, 2018 involving MR. TIMOTHY JONES.

**ANSWER TO INTERROGATORY NO. 6:**

On February 4, 2018, I responded to a beeper activation in Walnut unit. Upon entering the unit, I only assisted in restraining Plaintiff who was resisting by pulling away and being very combative

towards security. Once Plaintiff was restrained, he was escorted to CBB and placed in the shower pending cell space. Plaintiff was immediately seen by medical following this incident.

**REQUEST INTERROGATORY NO. 7:**

Please provide a complete list of each writing that you made whether by hand or electronically regarding the incidents on February 4, 2018, involving Mr. TIMOTHY JONES and provide the approximate date, time and reason for the writing.

**ANSWER TO INTERROGATORY NO.7:**

Please see statement in ARP LSP No. 2018-0346 attached to Defendant Jones' Response to Request for Production.

**REQUEST INTERROGATORY NO. 8:**

Please identify and include a DOC# for each inmate who has filed an ARP against any of the Defendants herein for the time period 6 months before and after February 4, 2018, and the nature of that compliant/grievance.

**ANSWER TO INTERROGATORY NO 8:**

Objected to an unreasonably broad, general, and vague, and not reasonably calculated to lead to the discovery of admissible evidence and the attempt to answer same would be unreasonably burdensome.

**REQUEST INTERROGATORY NO. 9:**

If you have at any time been disciplined by your job, please explain and identify the, event, the date and the actions taken.

**ANSWER TO INTERROGATORY NO. 9:**

Objected to an unreasonably broad, general, and vague, and not reasonably calculated to lead to the discovery of admissible evidence and the attempt to answer same would be unreasonably burdensome.

**REQUEST INTERROGATORY NO. 10:**

Please describe what role, if any, you played in any investigation that may have taken place regarding the February 4, 2018, incidents involving MR. TIMOTHY JONES.

**ANSWER TO INTERROGATORY NO. 10:**

Defendant Jones is not an investigator and did not perform any investigations regarding the alleged incident on February 4, 2018. Such investigations would be performed by investigators, if the facts present a situation warranting an investigation.

**REQUEST INTERROGATORY NO. 11:**

Please list any and all evidence which you may introduce at trial: fully describe each such document and list the name and address of the person having possession of the original or any copies thereof; in addition, please describe the substance of the facts you intend to establish through the introduction of each document and the name and address of the person you intend to have identify and/or authenticate the document at the time of trial.

**ANSWER TO INTERROGATORY NO.11:**

Objected as premature, discovery is just commencing, and the subject matter of this request is covered by the Court's scheduling order. Subject thereto, and without waiving same, reference is made at present to these discovery responses.

**REQUEST INTERROGATORY NO. 12:**

Please identify and describe in detail any person who may have or claims to have knowledge of the incident(s) or any of the events leading up to the incident(s) or related events occurring thereafter. As to each such person, please state the full name, address (business and home) telephone number (business and home), telephone number (business and home) and occupation including place of employment (address and telephone number) and rank or title if applicable.

**ANSWER TO INTERROGATORY NO.12:**

Objected as premature, discovery is just commencing, and the subject matter of this request is covered by the Court's scheduling order. Subject thereto, please see FRCP 26(a)(1) Initial Disclosures of Defendants.

**REQUEST INTERROGATORY NO. 13:**

Identify each person you may call as a fact witness at trial, whether or not identified in answer to another, and briefly state the substance of their testimony.

**ANSWER TO INTERROGATORY NO. 13:**

Objected as premature, discovery is just commencing, and the subject matter of this request is covered by the Court's scheduling order. Subject thereto, and without waiving same, reference is made at present to these discovery responses.

Marcus Jones Capt.
**CAPTAIN MARCUS JONES**

**SWORN TO AND SUBSCRIBED** before me, Notary Public at Baton Rouge, Louisiana this 25th day of February _______, 2019.

Deshadea Scott EX-OFFICIO
**NOTARY PUBLIC** 153568

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

s/s Theresa C. Phillips
THERESA C. PHILLIPS (36622)
**Assistant Attorney General**

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
1885 North Third St. – Third Floor
P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served on the Plaintiff through his counsel of record by hand-delivery, this 26th day of February, 2019, as follows:

Donna Grodner
2223 Quail Run, B-1
Baton Rouge, LA 70808

*/s/Theresa C. Phillips*
Theresa C. Phillips, Bar Roll No. 36622
Assistant Attorney General