**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TIMOTHY JONES** | : | **CIVIL ACTION** |
| | : | **NO. 18-885** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **MAJOR PETER LOLLIS, ET AL** | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

********************************************************************************

**DEFENDANTS LOLLIS, JONES, and BENJAMIN'S PARTIAL MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE MOTION TO DISMISS ON THE PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, comes Defendants, Marcus Jones Peter Lollis, and Kevin Benjamin who, for the following reasons, respectfully move this Honorable Court to grant partial summary judgment in their favor pursuant to Rules 56 and/or 12C of the Federal Rules of Civil Procedure, and dismiss part of Plaintiff's claims brought against them for the following reasons:

1.

Plaintiff is an inmate sentenced to the custody of Louisiana Department of Public Safety and Corrections.

2.

On October 5, 2018, Plaintiff filed the instant suit pursuant to 42 U.S.C. §1983, alleging that Defendants violated his constitutional rights under the First, Fourth and Eighth Amendment.[1]

[1] Rec. Doc. 1.

3.

Plaintiff provides that the Defendants retaliated against the Plaintiff exercising his First Amendment Right to Free Speech [2]

4.

Plaintiff provides that the Defendants violated the Plaintiff Fourth Amendment Right to be free from an unconstitutional seizure.[3]

5.

Plaintiff provides that the Defendants were deliberately indifferent to Plaintiff Serious needs.[4]

6.

There is no genuine issue of material fact with regard to the allegations against Defendants as to whether they retaliated against the Plaintiff exercising his First Amendment Right to Free Speech. [5]

7.

There is no genuine issue of material fact with regard to the allegations against Defendants as to whether they violated the Plaintiff Fourth Amendment Right to be free from an unconstitutional seizure.[6]

[2] Rec. Doc. 1,
[3] Rec. Doc. 1,
[4] Rec. Doc. 1
[5] Rec. Doc. 1,
[6] Rec. Doc. 1,

8.

There is no genuine issue of material fact with regard to the allegations against Defendants as to whether they were deliberately indifferent to Plaintiff Serious needs.[7]

9.

As such, Defendants are entitled to a Dismissal on the Pleadings under FRCP 12C and partial summary judgment as a matter of law and therefore Plaintiff's claims against them for the three specified causes of action must be dismissed, at Plaintiff's costs.

10.

The appearing Defendants are entitled to partial judgment in their favor as a matter of law.

**WHEREFORE,** Defendants, respectfully request that Plaintiff's causes of action for free speech, unconstitutional seizure and deliberate indifference be dismissed pursuant to Rules 56 and/or 12C of the Federal Rules of Civil Procedure and their motion be granted.

[Signature on following page]

[7] Rec. Doc. 1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Suzanne Quinlan Mooney*___
Suzanne Quinlan Mooney (23904)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 N. 3rd Street
P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
MooneyS@ag.louisiana.gov