**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TIMOTHY JONES** | **: CIVIL ACTION**<br>**: NO. 18-885** |
| **VERSUS** | |
| | **: JUDGE SHELLY D. DICK** |
| **MAJOR PETER LOLLIS, ET AL** | **: MAGISTRATE JUDGE**<br>**ERIN WILDER-DOOMES** |

*****************************************************************************

**STATEMENT OF UNDISPUTED FACTS**

1. At all times pertinent herein, Timothy Jones (hereinafter "Plaintiff") was confined to the custody of the Louisiana Department of Public Safety and Corrections.[1]

2. Plaintiff filed the instant Complaint on October 5, 2018, alleging that his First, Fourth and Eighth Amended right were violated due to the Defendants' use of excessive force, retaliation, deliberate indifference and unlawful seizure, alleging a cause of action under 42 U.S.C. § 1983 (hereinafter "§ 1983").[2]

3. February 4, 2018, Cadet Snowden was assaulted.[3]

4. February 4, 2018, Defendants Lollis and Jones escorted Plaintff out of Walnut unit.[4]

5. Defendant Benjamin witnesses Plaintiff with Defendants Lollis and Jones.[5]

6. Plaintiff filed for Administrative Remedy Procedures (LSP-2018-0346) on February 15, 2018[6]

7. Each Defendant stated that they only used the force necessary. [7]

[Signature on Following Page]

---

[1] Rec. Doc 1
[2] Rec. Doc. 1
[3] Exhibit DOJ 2 – UOR's of February 4, 2018 (former exhibit 9 on Defendants Daubert Motion)
[4] Exhibit DOJ 1 – ARP – 2018-346 – including statements from each defendant
[5] [5] Exhibit DOJ 1 – ARP – 2018-346 – including statements from each defendant
[6] Exhibit DOJ 1 – ARP – 2018-346 – including statements from each defendant
[7] Exhibit DOJ 1 – ARP – 2018-346 – including statements from each defendant

October Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: *_/s/ Suzanne Quinlan Mooney*
Suzanne Quinlan Mooney(#23904)
Assistant Attorney General
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: Mooneys@ag.louisiana.gov
*Attorney for Defendants*