Department of Public Safety & Corrections
State of Louisiana
Louisiana State Penitentiary

JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copies of Unusual Occurrence Report Dated February 4, 2018

Delshadee Scott

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 1-2-19

Timothy Jones 713801 Case

EXHIBIT 2

Form C-05-001-W-1-3C
15 July 2011

RECEIVED
FEB 16 2018
WARDEN'S OFFICE

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**
**INSTITUTION: Louisiana State Penitentiary**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Timothy Jones | 713801 | MPWY, Walnut One | February 4, 2018 | Approx. 6:20 am |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Walnut Booth | N/A |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line Of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tack Team / Outside Assistance
  - ☐ Lockdown of all or part of Facility
  - ☐ Hunger Strike or Entire Facility of Multiple Units
  - ☐ Large Scale Evaluation
  - ☐ Other – Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self-Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☒ Assault With No Significant Injury
  - ☒ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☒ Without Weapon
- ☐ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☐ Chemical Agent on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used Restraint Chair, 4 Point, Etc.
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera

* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, while I, Cadet Niesha Snowden was exiting Walnut One, to go Walnut Booth for additional time cards, I observed Offender Timothy Jones #713801 following behind me closely. As I

Niesha Snowden (signature)
Niesha Snowden, Cadet
MPWY, A-Team Security

01-04-18
DATE COMPLETED

8:00am
TIME COMPLETED

## UNUSUAL OCCURRENCE REPORT CONTINUED

N.D.E.X

entered Walnut Booth for the time cards, and was in route to exit Walnut Booth, Offender Jones used his body weight to push me up against the wall, using his hands to hold my hands. He then released one of my hands and began to touch all over my body, and remove my jacket. I began to struggle with Offender Jones, while trying to activate my beeper. Offender Jones grabbed hold of the beeper attempting to take it out of my hand. I then pushed Offender Jones to release his grip on my beeper, and called out for Sgt. Womack. When Offender Jones heard me call for Sgt. Womack, Offender Jones then ran out of the booth, and ran back into Walnut One. A short time later, Capt. Bradley Arvie, Lt. Wyvonna Kettley, and Major Peter Lollis arrived on the unit. I related the incident to the first respondents, and we entered Walnut One dorm, in search of Offender Jones. Offender Jones was found in Walnut One dorm, restrained, and escorted off of the unit. I then reported to the treatment center for medical evaluation, and was cleared by medical personnel to return to my tour of duty. This is for your information and further handling...

| | | |
|---|---|---|
| Niesha Snowden (signature) | 01-04-18 | 8:00 am |
| Niesha Snowden, Cadet<br>MPWY, A-Team Security | DATE COMPLETED | TIME COMPLETED |

RECEIVED

FEB 16 2018

WARDEN'S OFFICE

Form C-05-001-W-1-3C
15 July 2011

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**
**INSTITUTION: Louisiana State Penitentiary**

RECEIVED
FEB 16 2018
WARDEN'S OFFICE

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Timothy Jones | 713801 | MPWY, Walnut One | February 4, 2018 | Approx. 6:20 am |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Walnut Booth | N/A |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line Of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tack Team / Outside Assistance
  - ☐ Lockdown of all or part of Facility
  - ☐ Hunger Strike or Entire Facility of Multiple Units
  - ☐ Large Scale Evaluation
  - ☐ Other – Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self-Mutilation with Significant Injury
- ☐ Hunger Strike - Individual
- ☐ Hunger Strike - Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation - Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☒ Assault With No Significant Injury
  - ☒ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☒ Without Weapon
- ☒ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☒ Chemical Agent on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used Restraint Chair, 4 Point, Etc.
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☒ Use of Body Camera

* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Major Peter Lollis was notified by Control Center via radio of a beeper activation on Walnut Unit. I then activated the West Yard Camera, and proceeded to Walnut Unit. When I arrived on the unit, with the assistance of Capt. Bradley Arvie, and Lt. Wyvonna Kettley, I was informed by Cadet Niesha

Peter Lollis (signature) — 2-4-18 — 9:57 am

**Peter Lollis, Major**
MPWY, A-Team Supervisor

DATE COMPLETED

TIME COMPLETED

## UNUSUAL OCCURRENCE REPORT CONTINUED

N.O.E.X

Snowden that Offender Timothy Jones #713801 had assaulted her. I then entered the dorm in search of Offender Jones. Offender Jones was found in Walnut One in his bed, underneath the covers, hiding. I then gave Offender Jones several direct verbal orders to get out of his bed. Offender Jones refused all orders given and began to become combative, stating "Man, what the fuck you fucking with me for", in an aggressive manner. I then gave Offender Jones another direct verbal order to get out of his bed, and Offender Jones continued to refuse my orders. I then grabbed Offender Jones and pulled out of his bed, into a standing position. Offender Jones then became more combative and started to resist me, by wrestling and pulling away from me. I then administered the minimum amount of Sabre Red Chemical Agent into Offender Jones face, to gain compliance of Offender Jones. Offender Jones then become compliant and allowed me to place the handcuffs on him. Offender Jones was then escorted off of the unit, to CBB Administrative Segregation, to be given a shower, and a clean jumpsuit. Afterwards, Offender Jones was escorted to the treatment center by Capt. Marcus Jones. Offender Jones was evaluated by medical personnel, and cleared to return to CBB Administrative Segregation. When I first weighed the can of Sabre Red Chemical Agent, it weighed 136 grams. At the end of this incident, the Sabre Red Chemical Agent weighed 131 grams. AW3 Kevin Benjamin and AW2 Barrett Boeker were notified of this incident. This is for your information and further handling...

| | | |
|---|---|---|
| Peter Lollis [signature] | 2-4-18 | 9:57 Am |
| **Peter Lollis, Major**<br>MPWY, A-Team Supervisor | DATE COMPLETED | TIME COMPLETED |

RECEIVED

FEB 16 2018

WARDEN'S OFFICE

Form C-05-001-W-2
04 NOVEMBER 2016

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

RECEIVED
FEB 0 8 2018
A/W OUTCAMPS

T.D.

**INSTITUTION:** Louisiana State Penitentiary

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Timothy Jones | 713801 | WALNUT 1 | 2-4-2018 | 7:00 AM |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| MAIN PRISON WALNUT 1 | LT BRODDIE ROGERS |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

Accidents
- ☐ Employee Accident
- ☐ Offender Accident
- ☐ Vehicle Accident

☒ Contraband
- ☒ Inside Facility
- ☐ Outside Facility

☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☒ Shakedowns
- ☐ Routine
  - ☐ Staff ☐ Visitor ☐ Offender
- ☒ Target
  - ☐ Staff ☐ Visitor ☐ Offender

☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

ON THE ABOVE DATE AND APPROXIMATE TIME WHILE REVIEWING CAMERA FOOTAGE, I, M/SGT KIRK TEMPLETON OBSERVED OFFENDER TIMOTHY JONES #713801 RUN IN TO WALNUT 1 DORM BED 84 AND CHANGE HIS CLOTHES FROM THERE HE RAN TO ANOTHER OFFENDER BED AND PUT AN UNIDENTIFIED OBJECT ON THE FLOOR UNDER THE BED I, M/SGT KIRK TEMPLETON AND LT. BRODDIE ROGERS WENT TO WALNUT 1 TO SHAKEDOWN THE BED THAT OFFENDER TIMOTHY JONES #713801 PLACED AN UNIDENTIFIED OBJECT UNDER I , M/SGT KIRK TEMPLETON FOUND (1) LG CELL PHONE, (1) WALL PLUG, (1) USB CABLE AND (1) EXTRA LG BATTERY. CONTRABAND WAS TAKEN AND TURNED OVER TO INVESTIGATIONS SERVICES. LT .BRODDIE ROGERS, WARDEN DELANEY AND WARDEN BENJAMIN WERE NOTIFIED. THIS IS FOR YOUR INFORMATION AND FOR FURTHER HANDLING.

Great job!
OV

| REPORTING OFFICER | 2-4-2018<br>DATE COMPLETED | 8:34 AM<br>TIME COMPLETED |
|---|---|---|

RECEIVED
FEB 1 6 2018
WARDEN'S OFFICE

000005

Form C-05-001-W-2
04 NOVEMBER 2016

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION: Louisiana State Penitentiary

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Timothy Jones | 713601 | Wal-1 | 2-4-18 | 7:00 |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| M.P Walnut 1 | Lt. Braddley Reg[illegible] |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

Accidents
- ☐ Employee Accident
- ☐ Offender Accident
- ☐ Vehicle Accident

☑ Contraband
- ☑ Inside Facility
- ☐ Outside Facility

☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☑ Shakedowns
- ☐ Routine
  - ☐ Staff ☐ Visitor ☐ Offender
- ☑ Target
  - ☐ Staff ☐ Visitor ☑ Offender

☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time while Reviewing Camera Footage I. M/Sgt Kirk Templet observed offender Timothy Jones 713601 Run in to Walnut 1 Dorm and Change His clothes From there He Ran to Another offender Bed and put an unidentified object on the floor under the Bed I. M/Sgt Kirk Templet and Lt Braddley Reg[illegible] went to Walnut 1 and shake down the Bed that offender Timothy Jones #713601 placed an unidentified object under I, M/Sgt Kirk Templet found (1) LG cell phone (1) Wall plug (1) USB Cable and (1) Extra LG Battery. Contraband Was taken and handed over to investigation services Lt. Reg[illegible] Wrangler Delaney and Warden Dangerfield [illegible] Very notified. This is for your information and for Further Handling

REPORTING OFFICER: [signature]

DATE COMPLETED: 2-4-18

TIME COMPLETED: 8:15

RECEIVED
FEB 16 2018
WARDEN'S OFFICE

000006


LG
CRIME SCENE SEARCH
EVIDENCE REPORT
Name of Subject Timothy Jones 713501
Offense Contraband
Date of Incident 2-4-18 Time 7:00 am/pm
Search Officer
Evidence Description
Location
CHAIN OF POSSESSION
Received From
By
Date Time 12:15 am/pm
Received From
By
Date Time am/pm
Received From
By
Date Time am/pm
No. ZTE10
verizon
4G