UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY JONES | * | CIVIL ACTION: 18-885 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| MAJOR PETER LOLLIS; | * | MAGISTRATE JUDGE |
| CAPTAIN MARCUS JONES; and | * | ERIN WILDER-DOOMES |
| WARDEN KEVIN BENJAMIN | * | |

**********************************************

**UNOPPOSED MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes TIMOTHY JONES, who pursuant to FRCP 41, seeks a dismissal of Captain Marcus Jones.

WHEREFORE TIMOTHY JONES prays that CAPTAIN MARCUS JONES be dismissed from this matter.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on April 1, 2021, a copy of the foregoing was filed and served electronically with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)